### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MATOR et al., | ) |
| Plaintiffs, | ) Civil Action No. 2:21-cv-00403-MJH |
| v. | ) Judge Marilyn J. Horan |
| WESCO DISTRIBUTION, INC. et al.; | ) |
| Defendants. | ) |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Robert and Nancy Mator, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 73) and Opinion (ECF No. 72) granting Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 66), which were entered into this action on the August 18, 2022; Opinion and Order (ECF No. 62) granting Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 48), which was entered on April 7, 2022; and Opinion and Order (ECF No. 43) granting Defendants' Motion to Dismiss the Complaint (ECF No. 27), which was entered on October 4, 2021.

Dated:  August 22, 2022                             Respectfully submitted,

                                                        By: */s/ Steven A. Schwartz*
                                                          Steven A. Schwartz (PA ID No. 50579)
                                                          Beena M. McDonald (PA ID No. 83315)
                                                          Alex M. Kashurba (PA ID No. 319003)
                                                          CHIMICLES SCHWARTZ KRINER
                                                           & DONALDSON-SMITH LLP
                                                          361 West Lancaster Avenue
                                                          Haverford, PA 19041
                                                          Tel: (610) 642-8500
                                                          Fax: (610) 649-3633

steveschwartz@chimicles.com
bmm@chimicles.com
amk@chimicles.com

FRANKLIN D. AZAR & ASSOCIATES, P.C.
Franklin D. Azar (admitted *pro hac vice*)
Paul R. Wood (admitted *pro hac vice*)
Timothy L. Foster (admitted *pro hac vice*)
14426 E. Evans Ave.
Aurora, CO 80014
Tel.: (303) 757-3300
Fax: (303) 757-3206
Azarf@fdazar.com
woodp@fdzar.com
fostert@fdazar.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Steven A. Schwartz*
Steven A. Schwartz
