IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MATOR, et al., | Civil Action No. 2:21-cv-00403-MJH |
| Plaintiffs, | Judge Marilyn J. Horan |
| v. | |
| WESCO DISTRIBUTION, INC., et al., | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs Robert Mator and Nancy Mator ("Plaintiffs"), individually and on behalf of the Settlement Class, move this Court pursuant to Federal Rules of Civil Procedure 23, for an Order: (1) preliminarily approving the parties' proposed $2.25 million Class Action Settlement Agreement (the "Settlement"); (2) certifying the proposed Settlement Class for Settlement purposes; (3) directing notice as set forth herein; (4) appointing Co-Lead Class Counsel; (5) appointing a Settlement Administrator; and (6) setting a Fairness Hearing to consider granting Final Approval of the Settlement and its Plan of Allocation, and a motion for approval of Attorney's Fees and Costs, Administrative Expenses and Case Contribution Awards.

This Motion is based on the Brief in support thereof, and any other exhibits attached thereto including the Settlement Agreement, the Joint Declaration of Class Counsel, and the Declaration of the Proposed Settlement Administrator, the record in this action, the argument of counsel, and any other matters the Court may consider.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion and enter the proposed Preliminary Approval Order.

Dated:  January 24, 2025

Respectfully submitted,

/s/  *Steven A. Schwartz*
Steven A. Schwartz (PA I.D. #50579)
Beena M. McDonald (PA I.D. #83315)
Alex Michael Kashurba
(PA I.D. #319003)
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone:  610.642.8500
Fax:  610.649.3633
*sas@chimicles.com*
*bmm@chimicles.com*
*amk@chimicles.com*

Paul R. Wood *(pro hac vice)*
Timothy Foster *(pro hac vice)*
Franklin D Azar *(pro hac vice)*
Margeaux R Azar *(pro hac vice)*
**FRANKLIN D. AZAR &**
 **ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone: .303.757.3300
Fax:  720. 213.5131
*woodp@fdazar.com*
*fostert@fdazar.com*
*azarf@fdazar.com*
*azarm@fdazar.com*

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 24th day of January 2025, and will be served to Counsel for Defendants via email.

*/s/ Steven A. Schwartz*
Steven A. Schwartz
