IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MATOR, et al., | Civil Action No. 2:21-cv-00403-MJH |
| Plaintiffs, | Judge Marilyn J. Horan |
| v. | |
| WESCO DISTRIBUTION, INC., et al., | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs Robert Mator and Nancy Mator ("Plaintiffs"), individually and on behalf of the proposed Settlement Class, hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order:

1. Granting final approval of the parties' $2.25 million Class Action Settlement Agreement (the "Settlement"), previously filed with the Court on January 24, 2025 (ECF No. 100-1);

2. Maintaining certification of the Settlement Class for Settlement purposes;

3. Finding the manner in which the Settlement Class was notified of the Settlement was the best notice practicable under the circumstances, and fair, reasonable and adequate; and

4. Approving the Plan of Allocation.

This Motion is based on the Brief in support thereof, and any other exhibits attached thereto, the Joint Declaration of Class Counsel, the Declaration of the Settlement Administrator, the record in this action, the argument of counsel, and any other matters the Court may consider.

1

2

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion and enter the proposed Final Approval Order.

| | |
|---|---|
| Dated:  April 18, 2025 | Respectfully submitted,<br><br>/s/  Steven A. Schwartz<br>Steven A. Schwartz (PA I.D. #50579)<br>Beena M. McDonald (PA I.D. #83315)<br>Alex Michael Kashurba (PA I.D. #319003)<br>**CHIMICLES SCHWARTZ KRINER  & DONALDSON-SMITH LLP**<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>Telephone:  610.642.8500<br>Fax:  610.649.3633<br>*sas@chimicles.com*<br>*bmm@chimicles.com*<br>*amk@chimicles.com*<br><br>Paul R. Wood *(pro hac vice)*<br>Timothy Foster *(pro hac vice)*<br>Franklin D Azar *(pro hac vice)*<br>Margeaux R Azar *(pro hac vice)*<br>**FRANKLIN D. AZAR &  ASSOCIATES, P.C.**<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone: .303.757.3300<br>Fax:  720. 213.5131<br>*woodp@fdazar.com*<br>*fostert@fdazar.com*<br>*azarf@fdazar.com*<br>*azarm@fdazar.com*<br><br>*Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

    I hereby certify that that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 18th day of April 2025, and will be served to Counsel for Defendants via email.

                                                   */s/ Steven A. Schwartz*
                                                   Steven A. Schwartz